1  George Haines, Esq.
   Nevada Bar No. 9411
2  Gerardo Avalos, Esq.
3  Nevada Bar No. 15171
   **FREEDOM LAW FIRM, LLC**
4  8985 South Eastern Ave., Suite 100
5  Las Vegas, NV 89123
   ghaines@freedomlegalteam.com
6  gavalos@freedomlegalteam.com
7  Phone: (702) 880-5554
   FAX: (702) 385-5518
8  *Attorneys for Plaintiff Lisa Lowe*
9

10              **UNITED STATES DISTRICT COURT**
11                    **DISTRICT OF NEVADA**

12
    Lisa Lowe,                           Case No.: 2:24-cv-01957-JCM-BNW
13
14              Plaintiff,
                                         **Stipulation for dismissal of**
15        v.                             **Pennymac Loan Services, LLC**
                                         **with prejudice.**
16  Trans Union LLC; Experian
    Information Solutions, Inc.;
17  Backgroundchecks.com LLC; National
18  Consumer Telecom & Utilities
    Exchange, Inc.; Clarity Services, Inc.
19  and Pennymac Loan Services, LLC,
20
21              Defendants.

22
        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lisa Lowe and
23
24  Pennymac Loan Services, LLC stipulate to dismiss Plaintiff's claims against
    Pennymac Loan Services, LLC with prejudice.
25
    ///
26  ///
27  ///

───────────────────────
STIPULATION                    - 1 -
82737100;1

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 13, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lisa Lowe*

**AKERMAN LLP**

/s/ *Nicholas E. Belay*
Nicholas E. Belay, Esq.
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
*Counsel for Pennymac Loan Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 15, 2025

STIPULATION - 2 -
82737100;1